UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| VICTOR ALFONSO AGUILAR OLARTE, | Case No.: 3:26-cv-01628-JES-VET |
|---|---|
| Petitioner, | **ORDER:** |
| v. | **(1) GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241; AND** |
| KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; PAMELA JO BONDI, ATTORNEY GENERAL; TODD M. LYONS, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; JESUS ROCHA, ACTING FIELD OFFICE DIRECTOR, SAN DIEGO FIELD OFFICE; CHRISTOPHER LAROSE, WARDEN AT OTAY MESA DETENTION CENTER, | **(2) DENYING AS MOOT JOINT MOTION TO EXPEDITE RULING.** **[ECF Nos. 1, 6]** |
| Respondents. | |

Before the Court is Petitioner Victor Alfonso Aguilar Olarte's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241, which was filed on March 3, 2026. ECF No. 1. Pursuant to the Court's Order to Show Cause (ECF No. 2.), Respondents filed a Response, in which they indicate their inability to ascertain sufficient facts, at this time, to establish that there is a significant likelihood of effectuating

1

Petitioner's removal in the reasonably foreseeable future. ECF No. 4, ("Res."), at 1-2; *see Zadvydas v. Davis*, 533 U.S. 678 (2001). Respondents, therefore, acknowledge that Petitioner is entitled to be released from custody, subject to conditions of his prior order of supervision. *See* 8 U.S.C. § 1231(a)(3); 8 C.F.R. § 241.13(h)(1). Res. at 1-2.

Accordingly, the Court **GRANTS** the Petition for Writ of Habeas Corpus. Respondents are **ORDERED** to **IMMEDIATELY** release Petitioner from custody, subject to any conditions of his prior order of supervised release. The Parties are **ORDERED** to file a Joint Status Report on or before **April 1, 2026**, confirming that Petitioner has been released.

On March 26, 2026, the parties filed a Joint Motion to Expedite Ruling ("Motion"). ECF No. 6. In light of the Petition being granted on the merit, the Court **DENIES AS MOOT** the Motion. Finally, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: March 27, 2026

Honorable James E. Simmons Jr.
United States District Judge